United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

JAMES LOUIS WELLS,

        Plaintiff(s),

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

        Defendant(s).

_____/

CASE NO. 5:11-cv-05762 EJD

**ORDER DISMISSING CASE**

On January 10, 2013, the court ordered Plaintiff to show cause in writing by January 31, 2013, why this action should not be dismissed for failure to prosecute after Plaintiff failed to file and serve a Motion for Summary Judgment within pursuant to Civil Local Rule 16-5. See Docket Item No. 15. The court advised Plaintiff that this case would be dismissed if he did not respond or otherwise demonstrate good cause why this case should not be dismissed. Id.

Plaintiff has not complied with the show cause order as directed. Accordingly, this case is DISMISSED WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 41(b). The Clerk shall close this file.

**IT IS SO ORDERED.**

Dated: February 5, 2013

                              EDWARD J. DAVILA
                              United States District Judge

1

CASE NO. 5:11-cv-05762 EJD
ORDER DISMISSING CASE